UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-14096-KMM

FOKISS, INC., d/b/a STEW PETERS NETWORK,

    Plaintiff,

v.

TLM GLOBAL, LLC, *et al.*

    Defendants.
_____/

## **ORDER**

THIS CAUSE came before the Court upon Defendants' Motion to Determine No Irreparable Harm Before Conducting Preliminary Injunction Hearing. ("Mot.") (ECF No. 30). The Court referred the Motion to the Honorable Ryon M. McCabe, United States Magistrate Judge, to take all necessary and proper action as required by law and/or to issue a Report and Recommendation. (ECF No. 33). On April 29, 2024, Magistrate Judge McCabe issued a Report and Recommendation, ("R&R") (ECF No. 37), recommending that the Motion be DENIED. *See* R&R at 3. Plaintiff and Defendants each filed notices of non-objection to the R&R. *See* (ECF Nos. 38, 39). The matter is now ripe for review.[1] As set forth below, the Court ADOPTS the R&R.

**I.    LEGAL STANDARD**

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A *de novo* review is therefore required if a party

---

[1] The Court assumes the Parties' familiarity with the facts and procedural history, which are set forth in the Report and Recommendation issued by Magistrate Judge McCabe on April 23, 2024. (ECF No. 19).

files "a proper, specific objection" to a factual finding contained in the report. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). "It is critical that the objection be sufficiently specific and not a general objection to the report" to warrant *de novo* review. *Id.*

Yet when a party has failed to object or has not properly objected to the magistrate judge's findings, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See Keaton v. United States*, No. 14-21230-CIV, 2015 WL 12780912, at *1 (S.D. Fla. May 4, 2015); *see also Lopez v. Berryhill*, No. 17-CV-24263, 2019 WL 2254704, at *2 (S.D. Fla. Feb. 26, 2019) (stating that a district judge "evaluate[s] portions of the R & R not objected to under a clearly erroneous standard of review" (citing *Davis v. Apfel*, 93 F. Supp. 2d 1313, 1317 (M.D. Fla. 2000))).

## II.   DISCUSSION

Magistrate Judge McCabe scheduled an evidentiary hearing to take place on May 22, 2024 on Plaintiff's request for entry of a preliminary injunction. *See* (ECF No. 29). In the instant Motion, Defendants seek to bypass the evidentiary hearing and have the Court rule on the papers. *See generally* (ECF No. 30). In support, Defendants argue that Plaintiff delayed seeking injunctive relief and therefore can no longer prove one of the mandatory prerequisites to injunctive relief, irreparable harm. *See id.* at 1–3.

As set forth in the R&R, Magistrate Judge McCabe recommends denying Defendants' Motion because: (1) the majority of cases cited by Defendants were decided after a full evidentiary hearing, *see* R&R at 2; (2) Defendants cite to only two cases that were decided without an evidentiary hearing, both of which are distinguishable from the present case, *see id.*; and (3) the motion for preliminary injunction presents complex factual and legal issues not easily resolved on the papers, *see id.* at 2–3.

The Court received no objections to the aforementioned findings in the R&R. *See* (ECF Nos. 38, 39). Upon a review of the record, the Court finds no clear error with Magistrate Judge McCabe's findings.

### III.   CONCLUSION

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Report and Recommendation (ECF No. 37) is ADOPTED. Defendants' Motion (ECF No. 30) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this __1st__ day of May, 2024.

                                             K. MICHAEL MOORE
                                             UNITED STATES DISTRICT JUDGE

c: All counsel of record